In the Matter of the Claim of GUISEPPE INSANA against
   NORDENHOLT CORPORATION et al., Respondents.

   THE STATE INDUSTRIAL COMMISSION, Appellant.

*Workmen's compensation — award for death of longshoreman employed
   under maritime contract properly reversed.*

   *Matter of Insana* v. *Nordenholt Corp.*, 195 App. Div. 913, affirmed.
   (Argued October 6, 1921; decided October 25, 1921.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
January 5, 1921, reversing an award of the state industrial
commission made under the Workmen's Compensation
Law and dismissing the claim.   The reversal was upon
the ground that the deceased at the time he sustained the
accidental injuries was a longshoreman employed under
a maritime contract and that the Workmen's Compen-
sation Law did not apply.

   *Charles D. Newton,* Attorney-General (*E. C. Aiken* of
counsel), and *Bernard L. Shientag* for appellant.

   *E. C. Sherwood, William B. Davis* and *Benjamin C.
Loder* for respondents.

   Order affirmed, with costs against the state industrial
commission; no opinion.

   Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGH-
LIN, CRANE and ANDREWS, JJ.   Dissenting: CARDOZO, J.